

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00412-CV

BRAZIN BASNET                                                                    APPELLANT

V.

NMRATA KHADKA                                                                    APPELLEE

-----------

### FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 324-626759-17

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On November 28, 2017, and December 12, 2017, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $205 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $205 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Appellant shall pay all costs of this appeal, for which let execution issue.
*See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  January 4, 2018

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation*, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).